IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02696-BNB

JAMES D. GREER,

    Applicant,

v.

DOUGLAS COUNTY COMBINED COURTS,
COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

ORDER OF DISMISSAL

    Applicant, James D. Greer, was incarcerated at the Denver County Jail when he initiated the instant action by filing *pro se* on October 11, 2012, an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1).  He later informed the Court that he is a prisoner in the custody of the Colorado Department of Corrections and incarcerated at the Centennial Correctional Facility in Cañon City, Colorado.

    On November 26, 2012, Magistrate Judge Boland ordered Mr. Greer to file within thirty days an amended § 2254 application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and Rule 2 of the Rules Governing Section 2254 Cases in the United States District Court.  The November 26 order warned Mr. Greer that failure to file an amended application as directed within the time allowed would result in the denial of the application and dismissal of the instant action.  Mr. Greer has failed within the time allowed to file an amended application as directed or otherwise to communicate with the Court in any way.  Therefore, the complaint and

the action will be dismissed without prejudice for Plaintiff's failure to file an amended complaint as directed within the time allowed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greer files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is denied and the action dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure and Rule 2 of the Rules Governing Section 2254 Cases in the United States District Court for the failure of Applicant, James D. Greer, to comply with the directives of the order of November 26, 2012, for an amended application, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED January 7, 2013, at Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, Senior Judge
                                              United States District Court